UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

           v.

$190,000 IN UNITED STATES CURRENCY SEIZED BY THE GOVERNMENT ON OR ABOUT SEPTEMBER 22, 2023,

                Defendant-*in-rem*.

25-CV-5298 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On July 14, 2025, the Court ordered the parties to submit a status update to the Court by September 9, 2025. *See* Dkt. No. 6. No letter has been received.

    The parties shall submit their joint letter no later than September 19, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 15, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge