UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

$190,000.00 IN UNITED STATES CURRENCY,

        Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:    <u>JUDGMENT OF FORFEITURE</u>
:
:    25 Civ. 5298 (RA)
:
:
:

WHEREAS, on or about June 25, 2025, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 12, 2025, through August 10, 2025, and proof of such publication was filed with the Clerk of this Court on September 16, 2025 (D.E. 8);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

2

WHEREAS, on or about June 27, 2025, the Government sent direct notice of the Verified Complaint by email to the following:

Samuel Mitchell, Esq.
Mitchell and Mitchell, LLC
1150 Hungryneck Blvd., Suite C-170
Mount Pleasant, SC 29464
sam@mitchellfirmllc.com

WHEREAS, on or about August 1, 2025, the Government sent direct notice of the Verified Complaint by certified mail to the following:

Sonny Israel Peguero
████████
Irvine, CA 92614-6002

Sonny Israel Peguero
███████████████
Elmhurst, NY 11373

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2.    The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated:  New York, New York
        April 6, 2026

                                SO ORDERED:

                                _____
                                THE HONORABLE RONNIE ABRAMS
                                UNITED STATES DISTRICT JUDGE

4